1  ANNETTE A. BALLATORE-WILLIAMSON
   (SBN 192176) District Counsel
2  JESSICA E. HAFER FIERRO
   (SBN 297668) Assistant Counsel
3  SAN JOAQUIN VALLEY UNIFIED AIR
   POLLUTION CONTROL DISTRICT (SJVUAPCD)
4  1990 E. Gettysburg Avenue
   Fresno, CA 93726
5  Phone:  (559) 230-6033; Fax: (559) 230-6061
   *Attorneys for Proposed-Intervenor SJVUAPCD*

6
                 UNITED STATES DISTRICT COURT
7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO/OAKLAND DIVISION
8

9  SIERRA CLUB, CENTER FOR           )
   BIOLOGICAL DIVERSITY,             )
   WILDEARTH GUARDIANS, MEDICAL      )
10 ADVOCATES FOR HEALTHY AIR, and    )
   PHYSICIANS FOR SOCIAL             )   Case No: 14-cv-04596 EMC
11 RESPONSIBILITY – LOS ANGELES      )
                                     )
12     Plaintiffs,                   )   [Proposed] ORDER RE
                                     )   CASE MANAGEMENT
13     v.                            )   CONFERENCE
                                     )
14 UNITED STATES ENVIRONMENTAL       )
   PROTECTION AGENCY; GINA           )
15 MCCARTHY, in her official capacity as )
   Administrator of the United States )
16 Environmental Protection Agency; and )
   JARED BLUMENFELD, in his official )
17 capacity as Regional Administrator of the )
   United States Environmental Protection )
18 Agency,                           )
                                     )
19     Defendants.                   )
                                     )
20
                         PROPOSED ORDER
   CASE NO. 14-cv-04596 EMC                              Page **1** of **2**

The Case Management Conference in this matter is continued to ~~January 29, 2015, at 1:30 p.m.~~  February 5, 2015 at 9:30 a.m.  A joint CMC statement shall be filed by January 29, 2015.

IT IS SO ORDERED.

Date: December 19, 2014  _____

Hon. ~~Edward M. Chen~~
United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen