ELIZABETH B. FORSYTH, SBN 288311
PAUL R. CORT, SBN 184336
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

*Attorneys for Plaintiffs Sierra Club, Center
for Biological Diversity, WildEarth Guardians
Medical Advocates for Healthy Air, and
Physicians for Social Responsibility – Los Angeles*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, MEDICAL ADVOCATES FOR HEALTHY AIR, and PHYSICIANS FOR SOCIAL RESPONSIBILITY – LOS ANGELES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency; and JARED BLUMENFELD, in his official capacity as Regional Administrator of the United States Environmental Protection Agency, <br><br> Defendants, and <br><br> SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, <br><br> Defendant-Intervenors. | Case No: 3:14-cv-04596-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1
STIPULATION AND [PROPOSED] ORDER - Case No: 3:14-cv-04596-EMC

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS Plaintiffs challenge Defendants' alleged violation of their mandatory duties under the Clean Air Act ("Act"), 42 U.S.C. §§ 7401 *et seq.*, to make a finding by June 30, 2012, that California's Los Angeles-South Coast Air Basin and San Joaquin Valley failed to come into attainment with the Environmental Protection Agency's (EPA's) 1997 fine particulate matter ("PM2.5") pollution standards, and to publish notice in the Federal Register that these areas have been reclassified by operation of law as "Serious Areas";

WHEREAS on December 18, 2014, EPA proposed to "reclassify the San Joaquin Valley (SJV) Moderate nonattainment area, including areas of Indian country within it, as a Serious nonattainment area for the 1997 $PM_{2.5}$ national ambient air quality standards (NAAQS) based on EPA's determination that the area cannot practicably attain these NAAQS by the applicable attainment date of April 5, 2015." *See* Designation of Areas for Air Quality Planning Purposes; California; San Joaquin Valley; Reclassification as Serious Nonattainment for the 1997 PM2.5 Standards, 80 Fed. Reg. 1482 (Jan. 12, 2015);

WHEREAS on April 7, 2015, EPA took final action to reclassify the San Joaquin Valley as a Serious nonattainment area for the 1997 PM2.5 NAAQS. *See* Designation of Areas for Air Quality Planning Purposes; California; San Joaquin Valley; Reclassification as Serious Nonattainment for the 1997 PM2.5 Standards, 80 Fed. Reg. 18528 (April 7, 2015);

WHEREAS on November 20, 2014, EPA proposed "to determine that the Los Angeles-South Coast Air Basin (South Coast) air quality planning area in California has attained the 1997 annual and 24-hour [$PM_{2.5}$ NAAQS]. This proposed determination is based upon complete (or otherwise validated), quality-assured, and certified ambient air monitoring data showing that the area has monitored attainment of the 1997 annual and 24-hour $PM_{2.5}$ standards based on the 2011–2013 monitoring period." *See* Clean Data Determination for 1997 $PM_{2.5}$ Standards; California—South Coast; Applicability of Clean Air Act Requirements, EPA-R09-OAR-2014-0708, 79 Fed. Reg. 72999 (Dec. 9, 2014);

WHEREAS Plaintiffs have petitioned the D.C. Circuit for review of EPA's final rulemaking entitled "Identification of Nonattainment Classification and Deadlines for Submission

of State Implementation Plan (SIP) Provisions for the 1997 Fine Particulate Matter ($PM_{2.5}$) National Ambient Air Quality Standard (NAAQS) and 2006 $PM_{2.5}$ NAAQS," (79 Fed. Reg. 31566 (June 2, 2014)), which addresses related issues. *WildEarth Guardians v. EPA*, No. 14-1145 (D.C. Cir. filed July 31, 2014);

WHEREAS the Court previously granted the parties' request to stay this action pending the earlier resolution of either *WildEarth Guardians v. EPA* or the EPA's final actions on its proposals to find that the Los Angeles-South Coast Air Basin attained the 1997 PM2.5 standards and to reclassify the San Joaquin Valley as a Serious Area for the 1997 PM2.5 standards, and set a case management conference for July 23, 2015, Dkt. No. 31;

WHEREAS *WildEarth Guardians v. EPA* remains pending before the D.C. Circuit;

WHEREAS EPA has informed the parties that it expects to take final action on its proposal to determine that the South Coast has attained the 1997 $PM_{2.5}$ NAAQS in August, 2015.

IT IS HEREBY STIPULATED that, in the interest of judicial economy and efficiency, the case management conference currently scheduled for July 23, 2015, and the deadline for the parties to file a joint case management conference statement currently scheduled for July 16, be postponed until September, 2015.

   /s/ *Elizabeth Forsyth*
ELIZABETH B. FORSYTH (SBN 288311)
PAUL R. CORT (SBN 184336)
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040
*Attorneys for Plaintiffs*

   /s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov

STIPULATION AND [PROPOSED] ORDER - Case No: 3:14-cv-04596-EMC

Telephone (202) 514-0375
Facsimile (202) 514-8865
*Attorneys for Defendants*

   /s/ Annette A. Ballatore-Williamson
ANNETTE A. BALLATORE-WILLIAMSON
(SBN 192176) District Counsel
JESSICA E. HAFER FIERRO
(SBN 297668) Assistant Counsel
SAN JOAQUIN VALLEY UNIFIED AIR
POLLUTION CONTROL DISTRICT (SJVUAPCD)
1990 E. Gettysburg Avenue
Fresno, CA 93726
Phone: (559) 230-6033; Fax: (559) 230-6061
*Attorneys for Defendant-Intervenor SJVUAPCD*


   */s/* Lauren Nevitt
LAUREN NEVITT
(SBN 260297) Senior Deputy District Counsel
BARBARA BAIRD
(SBN 081507) Chief Deputy Counsel
KURT WIESE
(SBN 127251) General Counsel
SOUTH COAST AIR QUALITY MANAGEMENT
DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
Phone: (909) 396-3458; Fax (909) 296-2961
*Attorneys for Defendant-Intervenor SCAQMD*

1 **[PR~~OP~~OSED] ORDER**

2    Pursuant to the Parties' stipulation, and in the interest of judicial economy and efficiency,

3 the case management conference currently scheduled for July 23, 2015 shall be rescheduled for

4 ~~September~~ Oct. 8 ____, 2015. The joint case management conference statement currently due on July 16,

5 2015 shall be submitted by ~~September~~ Oct. 1 ____, 2015.

6 IT IS SO ORDERED.

7

8 DATED:   July 16, 2015



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

5

STIPULATION AND [PROPOSED] ORDER - Case No: 3:14-cv-04596-EMC