ELIZABETH B. FORSYTH, SBN 288311
PAUL R. CORT, SBN 184336
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

*Attorneys for Plaintiffs Sierra Club, Center
for Biological Diversity, WildEarth Guardians,
Medical Advocates for Healthy Air, and
Physicians for Social Responsibility – Los Angeles*

[additional counsel listed in signature blocks]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, MEDICAL ADVOCATES FOR HEALTHY AIR, and PHYSICIANS FOR SOCIAL RESPONSIBILITY – LOS ANGELES,<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency; and JARED BLUMENFELD, in his official capacity as Regional Administrator of the United States Environmental Protection Agency,<br><br>　　　　Defendants, and<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>　　　　Defendant-Intervenors | Case No: 3:14-cv-04596-EMC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## STIPULATION AND PROPOSED ORDER

WHEREAS, on the Parties stipulated to and requested an order continuing the Case Management Conference until March 30, 2016 (Dkt. No. 39);

WHEREAS, the Court granted the request to continue, but reset the Case Management Conference to March 24, 2016 (Dkt. No. 40);

WHEREAS, counsel for Defendants, the United States Environmental Protection Agency and Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency (collectively "EPA"), is not available on March 24, 2016 because of a vacation planned before the Court reset the Conference; and

WHEREAS, all counsel are available on April 14, 2016.

IT IS HEREBY STIPULATED that, pursuant to Civil L.R. 6-2 and for good cause shown, the CMC currently scheduled for March 24, 2016 be postponed until April 14, 2016 and the deadline for the parties to file a joint case management conference statement currently scheduled for March 17, 2016, be postponed until April 7, 2016.

Respectfully submitted,

*/s/ Paul Cort (email auth. 3/11/16)*
ELIZABETH B. FORSYTH (SBN 288311)
PAUL R. CORT (SBN 184336)
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040
*Attorneys for Plaintiffs*

/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865
*Attorneys for Defendants*

*/s/ Annette A. Ballatore-Williamson (email auth. 3/11/16)*
ANNETTE A. BALLATORE-WILLIAMSON
(SBN 192176) District Counsel
JESSICA E. HAFER FIERRO
(SBN 297668) Assistant Counsel
SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT (SJVUAPCD)
1990 E. Gettysburg Avenue
Fresno, CA 93726
Phone: (559) 230-6033; Fax: (559) 230-6061
*Attorneys for Defendant-Intervenor SJVUAPCD*

*/s/ Lauren Nevitt (email auth. 3/11/16)*
LAUREN NEVITT
(SBN 260297) Senior Deputy District Counsel
BARBARA BAIRD
(SBN 081507) Chief Deputy Counsel
KURT WIESE
(SBN 127251) General Counsel
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
Phone: (909) 396-3458; Fax (909) 296-2961
*Attorneys for Defendant-Intervenor SCAQMD*

Page 3 of 4
STIPULATION AND PROPOSED ORDER - Case No: 3:14-cv-04596-EMC

1
2                              [PROPOSED] ORDER

      Pursuant to the Parties' stipulation, and for good cause shown, the case management
3
                                                                              21
conference currently scheduled for March 24, 2016 shall be rescheduled for April ~~14~~, 2016.
4
The joint case management conference statement currently due on March 17, 2016 shall be
5                   14
submitted by April ~~7~~, 2016.
6

7

8
IT IS SO ORDERED.
9
   Dated:        March 15, 2016
10
                                                HON. EDWA...
11                                              UNITED STAT...



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28