JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

[additional counsel listed in signature blocks]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, et al.<br><br>　　　　　　Defendants. | Case No. 3:14-cv-04596-EMC<br><br>**REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** (modified)<br><br>Date: April 21, 2016<br>Time: 9:30 a.m.<br>Location: Courtroom 5, 17th Floor |

　　　　Pursuant to Civil L.R. 6-2, the parties respectfully request an order allowing all counsel to appear telephonically for the Initial Case Management Conference ("CMC") set for April 21, 2016 at 9:30 a.m. in Courtroom 5, 17th Floor (Dkt. No. 42) or alternatively, rescheduling the CMC to April 28, 2016.

　　　　WHEREAS, the Parties stipulated to and requested an order continuing the Case Management Conference until April 14, 2016, a date that all counsel are available (Dkt. No. 39);

1       WHEREAS, the Court granted the request to continue, but reset the Case
2  Management Conference to April 21, 2016 (Dkt. No. 40);
3       WHEREAS, lead counsel for Intervenor-Defendant San Joaquin Valley Unified
4  Air Pollution Control District is not available to appear personally on April 21, 2016
5  because that date coincides with the District's Governing Board meeting, which occurs
6  every third Thursday of every month, and that counsel must attend.  However, counsel
7  could appear telephonically on that date;
8       WHEREAS, lead counsel for Defendants, the United States Environmental
9  Protection Agency and Gina McCarthy, in her official capacity as Administrator of the
10 United States Environmental Protection Agency (collectively "EPA"), is also not
11 available to appear personally on April 21, 2016, because of a pre-planned vacation, but
12 could also appear telephonically;
13      WHEREAS, counsel for Defendant-Intervenor South Coast Air Quality
14 Management District is located in Diamond Bar, California and would have to travel to
15 the CMC;
16      WHEREAS, counsel for Plaintiff Sierra Club consents to this request and joins in
17 the request to also appear by telephone or alternatively, rescheduling the CMC to April
18 28, 2016; and
19      WHEREAS, the Parties therefore request that they be allowed to appear and
20 participate in the initial CMC by telephone to obviate the need to reschedule the CMC or
21 alternatively, to rescheduling the CMC to April 28, 2016;
22      NOW THEREFORE, the parties stipulate to and respectfully request that the
23 Court enter an order allowing the parties to appear and participate telephonically at the
24 April 21, 2016 initial CMC or, alternatively to reschedule the CMC to April 28, 2016.
25 //
26 //
27 //
28 //

1 | Respectfully submitted,

2 | Date: March 23, 2016

*/s/ Paul Cort (email auth. 3/16/16)*
ELIZABETH B. FORSYTH (SBN 288311)
PAUL R. CORT (SBN 184336)
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040
   *Attorneys for Plaintiffs*


/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865
*Attorneys for Defendants*

*/s/ Annette A. Ballatore-Williamson (email auth. 3/17/16)*
ANNETTE A. BALLATORE-WILLIAMSON
(SBN 192176) District Counsel
JESSICA E. HAFER FIERRO
(SBN 297668) Assistant Counsel
SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT (SJVUAPCD)
1990 E. Gettysburg Avenue
Fresno, CA 93726
Phone: (559) 230-6033; Fax: (559) 230-6061
*Attorneys for Defendant-Intervenor SJVUAPCD*

1
2   */s/ Lauren Nevitt (email auth. 3/17/16)*
3   LAUREN NEVITT
    (SBN 260297) Senior Deputy District
4   Counsel
    BARBARA BAIRD
5   (SBN 081507) Chief Deputy Counsel
    KURT WIESE
6   (SBN 127251) General Counsel
    SOUTH COAST AIR QUALITY
7   MANAGEMENT DISTRICT
    21865 Copley Drive
8   Diamond Bar, CA 91765
    Phone: (909) 396-3458; Fax (909) 296-2961
9   *Attorneys for Defendant-Intervenor*
10  *SCAQMD*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Before the Court is a Joint Request to Appear Telephonically for the Initial Case |
| 3 | Management Conference set for April 21, 2016 at ~~9:30~~ 10:15 a.m. in Courtroom 5, 17th Floor |
| 4 | (Dkt. No. 42).  Upon due consideration, and for good cause shown, the Parties' request is |
| 5 | hereby **GRANTED**. |
| 6 | It is further ordered that counsel will be called at the following numbers to |
| 7 | participate in the hearing.  Counsel will be available from 9:30 a.m. Pacific time until the |
| 8 | call occurs. |
| 9 | EPA's counsel will be called at (202) 514-0375. |
| 10 | Sierra Club's counsel will be called at (415) 217-2126 and (415) 217-2077. San |
| 11 | Joaquin Valley Unified Air Pollution Control District's counsel will be called at (559) |
| 12 | 230-6035. |
| 13 | South Coast Air Quality Management District's counsel will be called at (909) |
| 14 | 396-3458. |
| 15 | Plaintiff Sierra Club's counsel Paul Cort is directed to set up the |
| 16 | conference call for 10:15 a.m. with Courtcall (888) 582-6878 and inform the Court the dial in information by 4/18/16.  An updated joint CMC statement shall be filed by 4/14/16. |
| 17 | IT IS SO ORDERED. |
| 18 | DATED this __31st__ day of March, 2016. |

_____
EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen