ANNETTE A. BALLATORE-WILLIAMSON
(SBN 192176) District Counsel
JESSICA E. HAFER FIERRO
(SBN 297668) Assistant Counsel
SAN JOAQUIN VALLEY UNIFIED AIR
POLLUTION CONTROL DISTRICT (SJVUAPCD)
1990 E. Gettysburg Avenue
Fresno, CA 93726
Phone: (559) 230-6033; Fax: (559) 230-6061
*Attorneys for Defendant-Intervenor SJVUAPCD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, MEDICAL ADVOCATES FOR HEALTHY AIR, and PHYSICIANS FOR SOCIAL RESPONSIBILITY – LOS ANGELES<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency; and JARED BLUMENFELD, in his official capacity as Regional Administrator of the United States Environmental Protection Agency,<br><br>Defendants, and<br><br>SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT and SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant-Intervenors | Case Number: 3:14-cv-04596 EMC<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE OF PARTY-INTERVENOR SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT |

## STIPULATION AND PROPOSED ORDER

WHEREAS Plaintiffs' Complaint herein, filed October 15, 2014 for declaratory and injunctive relief, alleges that pursuant to the federal Clean Air Act, Defendant United States Environmental Protection Agency ("EPA") was required to make a finding by June 30, 2012, that, *inter alia*, the San Joaquin Valley failed to timely attain the 1997 National Ambient Air Quality Standard for fine particulate matter ("1997 PM2.5 NAAQS"). The Complaint further alleges that EPA failed to make a finding of nonattainment with respect to the San Joaquin Valley and to reclassify the San Joaquin Valley as a Serious nonattainment area pursuant to 42 U.S.C. § 7513(b)(2) (subpart 4).

WHEREAS on November 26, 2014, the San Joaquin Valley Unified Air Pollution Control District filed a Motion to Intervene in this action, which Motion was granted by this Court on January 21, 2015.

WHEREAS on March 27, 2015, EPA took final action to reclassify the San Joaquin Valley as a Serious nonattainment area for the 1997 PM2.5 NAAQS. *See* Designation of Areas for Air Quality Planning Purposes; California; San Joaquin Valley; Reclassification as Serious Nonattainment for the 1997 PM2.5 Standards, *Final Rule*, 80 Fed. Reg. 18528 (Apr. 7, 2015).

WHEREAS based upon EPA's March 27, 2015 final action, Plaintiffs no longer intend to pursue their claim against EPA with respect to the San Joaquin Valley for failure to making a finding of nonattainment of the 1997 PM2.5 NAAQS and failure to reclassify the San Joaquin Valley as a Serious nonattainment area.

THEREFORE, IT IS HEREBY STIPULATED by and between each of the parties to this action through their designated counsel that Plaintiffs' claim against EPA with respect to the San Joaquin Valley for failure to making a finding of nonattainment of the 1997 PM2.5 NAAQS and failure to reclassify the San Joaquin Valley as a Serious nonattainment area shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED THAT Defendant-Intervenor San Joaquin Valley

Unified Air Pollution Control District shall be dismissed without prejudice from the action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully Submitted,

Date: April 14, 2016

/s/ *Elizabeth B. Forsyth*

ELIZABETH B. FORSYTH,
State Bar No. 288311
PAUL R. CORT,
State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040
*Attorneys for Plaintiffs*

/s/ *Leslie M. Hill*

LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865
*Attorneys for Defendants*

/s/ Annette A. Ballatore-Williamson
_____
ANNETTE A. BALLATORE-WILLIAMSON
(SBN 192176) District Counsel
JESSICA E. HAFER FIERRO
(SBN 297668) Assistant Counsel
SAN JOAQUIN VALLEY UNIFIED AIR
POLLUTION CONTROL DISTRICT
(SJVUAPCD)
1990 E. Gettysburg Avenue
Fresno, CA 93726
Phone: (559) 230-6033; Fax: (559) 230-6061
*Attorneys for Intervenor SJVUAPCD*

/s/ Barbara Baird
_____
BARBARA BAIRD
(SBN 081507) Chief Deputy Counsel
KURT WIESE
(SBN 127251) General Counsel
SOUTH COAST AIR QUALITY MANAGEMENT
DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
Phone: (909) 396-3458; Fax (909) 296-2961
*Attorneys for Defendant-Intervenor SCAQMD*

[PR~~OPO~~SED] ORDER

Pursuant to the Parties' stipulation, Plaintiffs' claim against EPA with respect to the San Joaquin Valley for failure to making a finding of nonattainment of the 1997 PM2.5 NAAQS and failure to reclassify the San Joaquin Valley as a Serious nonattainment area is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Defendant-Intervenor San Joaquin Valley Unified Air Pollution Control District is dismissed without prejudice from the action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   April 19, 2016



Judge Edward M. Chen