ELIZABETH B. FORSYTH, State Bar No. 288311
PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

*Attorneys for Plaintiffs Sierra Club, Center
for Biological Diversity, WildEarth Guardians,
Medical Advocates for Healthy Air, and
Physicians for Social Responsibility – Los Angeles*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

|  |  |
|---|---|
| SIERRA CLUB, et al., | ) Case No: 3:14-cv-4596-EMC |
|  | ) |
| Plaintiffs, | ) **JOINT STIPULATION &** |
| v. | ) **[PROPOSED] ORDER TO** |
|  | ) **CONTINUE CASE** |
| UNITED STATES ENVIRONMENTAL | ) **MANAGEMENT** |
| PROTECTION AGENCY; et al., | ) **CONFERENCE** |
|  | ) |
| Defendants. | ) Date: July 21, 2016 |
|  | ) Time: 10:15am |
|  | ) Place: Telephonic Conference |

WHEREAS, the Court's Minute Order of April 22, 2016 (Dkt. No. 49) required Plaintiffs to file an amended complaint within 75 days, set a further telephonic case management conference ("CMC") for July 21, 2016 at 10:15 a.m., and required the parties to file an updated joint CMC statement by July 14, 2016;

WHEREAS, on June 28, 2016, Plaintiffs filed an amended complaint (Dkt. No. 50);

WHEREAS, on July 8, 2016, EPA took final action determining that the South Coast air quality planning area in California has attained the 1997 annual and 24-hour fine particle ("$PM_{2.5}$") National Ambient Air Quality Standards ("NAAQS").  This determination is based

upon complete (or otherwise validated), quality-assured and certified ambient air monitoring data

showing that the area has monitored attainment of the 1997 annual and 24-hour $PM_{2.5}$ NAAQS

based on the 2011-2013 monitoring period, and that all complete data available since that time

period indicate that the area continues to attain.  EPA provided a pre-publication copy of the

final rule to Plaintiffs on July 12, 2016.  EPA has transmitted the final rule to the Office of the

Federal Register for publication in the *Federal Register*;

WHEREAS, Plaintiffs are currently evaluating how EPA's final action impacts this case;
and

WHEREAS, the parties therefore stipulate to and request an order continuing the CMC

until August 4, 2016, to allow Plaintiffs to complete their review of EPA's final action.  The

parties also request that the updated case management statement due date be continued to July

28, 2016.

IT IS HEREBY STIPULATED that, pursuant to Civil L.R. 6-2 and for good cause

shown, the CMC currently set for July 21, 2016 be continued until August 4, 2016 and the

deadline for the parties to file an updated case management statement currently set for July 14,

2016, be continued to July 28, 2016.

Date:  July 14, 2016

/s/ Elizabeth B. Forsyth (email auth. 7/14/16)
ELIZABETH B. FORSYTH, State Bar No.
288311
PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division


/s/ Leslie M. Hill_____
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*



 /s/ Barbara Baird (email auth. 7/14/16)

BARBARA BAIRD
(SBN 081507) Chief Deputy Counsel
KURT WIESE
(SBN 127251) General Counsel
SOUTH COAST AIR QUALITY
MANAGAMENT
DISTRICT
21865 Copley Drive
Diamond Bar, CA  91765
Phone: (909) 396-2302; Fax: (909) 396-2961

*Attorneys for Defendant-Intervenor SCAQMD*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to stipulation and for good cause shown, the case management conference currently set for July 21, 2016 is continued until August 4, 2016 and the deadline for the parties to file an updated case management statement currently set for July 14, 2016 is continued to July 28, 2016. at 11:30 a.m.  Plaintiff counsel to provide the Court will the dial in number by 7/25/16.

IT IS SO ORDERED.

Dated:    7/20/16

_____

HON. ____



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen