PAUL R. CORT, State Bar No. 184336
ELIZABETH B. FORSYTH, State Bar No. 288311
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

*Attorneys for Plaintiffs Sierra Club, Center
for Biological Diversity, WildEarth Guardians,
Medical Advocates for Healthy Air, and
Physicians for Social Responsibility – Los Angeles*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, WILDEARTH GUARDIANS, MEDICAL ADVOCATES FOR HEALTHY AIR, and PHYSICIANS FOR SOCIAL RESPONSIBILITY – LOS ANGELES,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency; and ALEXIS STRAUSS, in her official capacity as Acting Regional Administrator of the United States Environmental Protection Agency,<br><br>Defendants, and<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant-Intervenor. | Case No: 3:14-cv-4596-EMC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS Plaintiffs' First Amended Complaint alleges that, pursuant to the Clean Air Act, Defendants United States Environmental Protection Agency; Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency; and Alexis Strauss,[1] in her official capacity as Acting Regional Administrator of Region IX of the United States Environmental Protection Agency (collectively, "EPA") was required to make a finding that California's Los Angeles-South Coast Air Basin ("South Coast") had failed to come into attainment with EPA's 1997 fine particulate matter pollution standards by the applicable attainment date;

WHEREAS on July 8, 2016, Defendant determined that the South Coast has attained the 1997 fine particulate matter pollution National Ambient Air Quality Standards ("NAAQS") based on current air quality data, *Final Rule*, 81 Fed. Reg. 48,350 (July 25, 2016);

WHEREAS based on EPA's Clean Data Determination, Plaintiffs no longer intend to pursue their claim against EPA for failure to find that the South Coast had failed to come into attainment with EPA's 1997 fine particulate matter pollution standards by the applicable attainment date; and

WHEREAS, if future air quality data show that the South Coast begins to violate the 1997 fine particulate matter pollution standards again, Plaintiffs may decide to pursue available legal remedies.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties and their counsel of record that this case shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Regional Administrator Alexis Strauss, is substituted for the named Regional Administrator, Jared Blumenfeld.

Respectfully submitted,

Date: July 26, 2016

ELIZABETH B. FORSYTH, State Bar No. 288311
PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
eforsyth@earthjustice.org
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040
*Attorneys for Plaintiffs*

/s/ Leslie M. Hill (with permission)
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865
*Attorneys for Defendants*

/s/ Barbara Baird (with permission)
BARBARA BAIRD
(SBN 081507) Chief Deputy Counsel
KURT WIESE
(SBN 127251) General Counsel
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
Phone: (909) 396-3458; Fax (909) 296-2961
*Attorneys for Defendant-Intervenor SCAQMD*

Dated: 7/26/2016

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA